UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                  :
STEPHEN GANNON, *individually and on behalf of all*               :
*others similarly situated*,                                      :
                                                                  :
                                        Plaintiff,                :          22-CV-1650 (JMF)
                                                                  :
                     -v-                                          :          <u>ORDER</u>
                                                                  :
HUA DA INC. et al.,                                               :
                                                                  :
                                        Defendants.               :
                                                                  :
---------------------------------------------------------------------X
                                                                  :
HUA DA INC.,                                                      :
                                                                  :
                                Third-Party Plaintiff,            :
                                                                  :
                     -v-                                          :
                                                                  :
NISHWAN ALI ALABELI,                                             :
                                                                  :
                                Third-Party Defendant.            :
                                                                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On October 4, 2022, Defendant Big Famous 1 Deli & Grocery, Inc. ("Big Famous") filed
a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.
Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under
Rule 12(b) to amend the complaint once as a matter of course.

        Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by
**October 25, 2022**.  Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in
Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint
should be filed with a redline showing all differences between the original and revised filing.
Plaintiff will not be given any further opportunity to amend the complaint to address issues
raised by the motion to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Big
Famous shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF
stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a
new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If
Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and
any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **October 25, 2022**.  Big Famous's reply, if any, shall be filed by **November 1, 2022**.

SO ORDERED.

Dated: October 6, 2022
      New York, New York

_____
JESSE M. FURMAN
United States District Judge