UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STEPHEN GANNON, *individually and on behalf of all* :
*others similarly situated*, :
: 22-CV-1650 (JMF)
Plaintiff, :
: ORDER
-v- :
:
HUA DA INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant Big Famous 1 Deli & Grocery, Inc.'s ("Big Famous") new motion to dismiss, *see* ECF No. 39, its earlier motion to dismiss filed at ECF No. 35 is hereby DENIED as moot.  In light of Thanksgiving, Plaintiff is granted until **November 30, 2022**, to file any opposition to the new motions to dismiss.  Defendants' reply, if any, shall be filed by **December 7, 2022**; further, unless the Court grants prior leave to do otherwise, Defendants shall file a joint reply.  Finally, the conference currently scheduled for December 14, 2022, *see* ECF No. 25, is ADJOURNED *sine die*.

      The Clerk of Court is directed to terminate ECF No. 35.

      SO ORDERED.

Dated: November 15, 2022
       New York, New York

                                                    JESSE M. FURMAN
                                                    United States District Judge