**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STEPHEN GANNON, individually and on
behalf of all others similarly situated,

                Plaintiff,

-against-                                     22 **CIVIL** 1650 (JMF)

                                                  **JUDGMENT**

HUA DA INC., et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 28, 2023, Defendants' motions to dismiss are GRANTED (without prejudice to filing suit in state court). Further, because the Court previously granted Gannon leave to amend and Gannon neither suggests that he has additional facts that would cure the defects discussed above nor requests leave to amend again, the Court has declined to sua sponte grant him another opportunity to amend. See, e.g., Pujol Moreira v. Societe Generale, S.A., No. 20-CV-9380 (JMF), 2023 WL 2051169, at *3 (S.D.N.Y. Feb. 16, 2023) (citing cases). Judgment is entered in Defendants' favor; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2023

                                                              **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                          **BY:**        *K. Mango*

                                                                  **Deputy Clerk**